**No. 60662.**—Keuffel & Esser Co. *v.* United States, protests 240410–K, 241081–K, and 242324–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 60663.**—Compass Instrument & Optical Co. *v.* United States, protests 264436–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 60664.**—John S. Connor *v.* United States, protest 292637–K (Baltimore).

Opinion by LAWRENCE, J.   There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60665.**—Softread Casual Shoe Corp. *v.* United States, protests 277490–K and 277501–K (New York).

Opinion by FORD, J.   The protests were dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, APRIL 17, 1957

**No. 60666.**—Arista Shipping Co., Inc. *v.* United States, protest 298084–K (New York).